Julius Hart, Appellant, *v.* The Direct United States Cable Company (Limited), Respondent.

(Argued October 13, 1881; decided October 25, 1881.)

This action was brought to recover damages for alleged negligence.

It appeared that one Hertz at Stuttgart had in his possession twenty-three " Central Pacific Joaquin Branch bonds " belonging to plaintiff. In November, 1875, Hertz telegraphed to plaintiff as follows : " Joaquin unsalable, sell the twenty-three, or what ? Answer." Plaintiff delivered to defendant the following message in reply : " Unsalable account Missouri, Pacific troubles, Hatch says hold undoubted." The message as delivered read " Unsalable account Missouri, pacific troubles, Hatch says sold undoubled." Hertz, interpreting this as an order to sell, sold the bonds at a loss, to recover which this action was brought. *Held,* that plaintiff was properly nonsuited ; that the negligence of defendant was not the cause of the loss, as the message delivered was an unintelligible jar-

gon, and plaintiff's agent in treating it as an order to sell took the risk of the interpretation.

*Edwin M. Felt* for appellant.

*Lewis J. Delafield* for respondent.

*Per curiam* opinion for dismissal of appeal.
All concur.
Appeal dismissed.